■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLENN HENRY, Appellant.—Appeal by the defendant, as limited by his brief, from a sentence of the Supreme Court, Kings County (Quinones, J.), imposed June 11, 1987.

Ordered that the sentence is affirmed *(see, People v Suitte,* 90 AD2d 80). Mollen, P. J., Lawrence, Kooper and Harwood, JJ., concur.